IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, | ) | |
| vs. | ) | No. 13-20054-01-KHV-DJW |
| **FRANK WANG**, Defendant. | ) | |

# INDICTMENT

The Grand Jury charges:

<u>Count 1</u>

On or about August 27, 2010, in the District of Kansas, the defendant,

FRANK WANG,

knowingly possessed more than three matters that contained any visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce, and which was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct.

This was all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

<u>Forfeiture Allegation</u>

Upon conviction of the offense in violation of Title 18, United States Code, Section 2252(a)(4)(B) as set out in Count 1 of this Indictment, the defendant,

FRANK WANG,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a)(3), any and all property used and intended to be used in any manner to commit and to promote the commission of such offenses and any property traceable to such property, including but not limited to:

- Three digital video discs (DVDs) labeled "Europe and the United States Promiscuous Young Girls in Mind" seized on August 27, 2010, in Prairie Village, Kansas.

This was all pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL.

Dated: May 8, 2013

s/Foreperson
FOREPERSON

s/Scott C. Rask, #15643 for
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730
(913) 551-6541 (fax)
Barry.Grissom@usdoj.gov
Ks. S. Ct. No. 10866

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

Penalties:

Ct. 1: NLT 5 years to NMT 20 years imprisonment; NMT $250,000 fine; NLT 5 years to NMT Life supervised release; $100 special assessment; forfeiture allegation
If committed after prior sexual abuse conviction, then NLT 10 years to NMT 20 years imprisonment; NMT $250,000 fine; NLT 5 years to NMT Life supervised release; $100 special assessment; forfeiture allegation